# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**KEVIN PROVENCIO**                                                                      **PLAINTIFF**

v.                                     No. 3:19-cv-309-DPM

GIFFORD, Patrolman, Jonesboro Police
Department; RICK ELIOTT, Chief of
Police, Jonesboro Police Department;
and HERALD PERRIN, Mayor, Jonesboro,
City Hall                                                                                **DEFENDANTS**

## ORDER

The time to reopen the case has passed. *Doc. 4.* The Court lifts the stay and will dismiss the case without prejudice for failure to prosecute.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 May 2023