IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KEVIN PROVENCIO                                                          PLAINTIFF

v.                          No. 3:19-cv-309-DPM

GIFFORD, Patrolman, Jonesboro Police
Department; RICK ELIOTT, Chief of
Police, Jonesboro Police Department;
and HERALD PERRIN, Mayor, Jonesboro,
City Hall                                                                DEFENDANTS

## JUDGMENT

Provencio's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

2 May 2023